UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLFOUND BEHAVIORAL<br>HEALTH HOSPITAL, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C22-5815 BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge Theresa L. Fricke's Report and Recommendation ("R&R") recommending the Court deny Plaintiff Marlin Giovanni Pickens' Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, and dismiss his case without prejudice for failure to prosecute. Dkt. 5. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1)　　The R&R is **ADOPTED**;

(2)　　Pickens' Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, is

　　　　**DENIED**;

ORDER - 1

1  (3)  This action is **DISMISSED without prejudice**;

2  (4)  The Clerk is directed to send a copy of this Order to Pickens; and

3  (5)  The Clerk shall enter JUDGMENT and close this case.

4  Dated this 21st day of February, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge